SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

-----------------------------------------------------------------------X

MADELINE ARIZMENDI,

                   *Plaintiff*,

    -against-

PERFORMANCE FOOD GROUP, INC. and "JOHN DOE,"
said name being fictitious and unknown and intended to be
the individual who was the operator of a certain motor vehicle
described herein,

                   *Defendants*.

-----------------------------------------------------------------------X

Index No.:
Date Purchased:

**SUMMONS**

Plaintiff designates BRONX
County as the place of trial.

The basis of venue:
The county in which a
substantial part of the events or
omissions giving rise to the
claim occurred (CPLR 503 [a]).

       **YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve a copy of your Answer or, if the Complaint is not served with this Summons, to serve a notice of appearance on Plaintiff's attorney within 20 days after the service of this Summons, exclusive of the day of service (or within 30 days after service is complete if this Summons is not personally delivered to you within the State of New York), and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

Dated:  New York, New York
       April 11, 2023

                                  _____
                                OMRANI & TAUB, P.C.
                                By: Ronny Solomon, Esq.
                                Attorneys for Plaintiff
                                488 Madison Avenue – 20th Floor
                                New York, New York 10022
                                (212) 599-5550

**Defendant's Address**
PERFORMANCE FOOD GROUP, INC.
c/o NATIONAL REGISTERED AGENTS, INC.
28 Liberty Street
New York, New York 10005
*(Serve via Department of State)*

      **PROMPTLY FORWARD THIS DOCUMENT TO YOUR INSURANCE COMPANY**

Case 1:24-cv-02723-JLR Document 1-1 Filed 04/10/24 Page 2 of 8

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------------X
MADELINE ARIZMENDI,                                                    Index No.:

              *Plaintiff*,                                    **VERIFIED COMPLAINT**

    -against-

PERFORMANCE FOOD GROUP, INC. and "JOHN DOE,"
said name being fictitious and unknown and intended to be
the individual who was the operator of a certain motor vehicle
described herein,

              *Defendants*.
-----------------------------------------------------------------------X

       Plaintiff, by and through her attorneys, OMRANI & TAUB, P.C., complaining of Defendants

herein, respectfully alleges, upon information and belief, as follows:

       1.      At all times relevant herein, Defendant, PERFORMANCE FOOD GROUP, INC.,

was, and still is, a duly organized corporation doing business in the State of New York.

       2.      At all times relevant herein, Defendant, PERFORMANCE FOOD GROUP, INC.,

was, and still is, a domestic corporation duly organized and existing pursuant to the laws of the State

of New York.

       3.      At all times relevant herein, Defendant, PERFORMANCE FOOD GROUP, INC.,

was, and still is, a foreign corporation authorized to do business in the State of New York.

       4.      At all times relevant herein, Defendant, PERFORMANCE FOOD GROUP, INC.,

was, and still is, a domestic limited liability company doing, transacting, and soliciting business in

the State of New York.

       5.      At all times relevant herein, Defendant, PERFORMANCE FOOD GROUP, INC.,

was, and still is, a foreign limited liability company doing, transacting, and soliciting business in the

State of New York.

6.      At all times relevant herein, Defendant, PERFORMANCE FOOD GROUP, INC., was, and still is, a domestic limited partnership doing, transacting, and soliciting business in the State of New York.

7.      At all times relevant herein, Defendant, PERFORMANCE FOOD GROUP, INC., was, and still is, a foreign limited partnership doing, transacting, and soliciting business in the State of New York.

8.      At all times relevant herein, Defendant, PERFORMANCE FOOD GROUP, INC., did, and still, does derive, substantial revenue from goods used or consumed or services rendered in the State of New York.

9.      At all times relevant herein, Defendant, PERFORMANCE FOOD GROUP, INC., expected, or should have reasonably expected, its acts and business activities to have consequences within the State of New York.

10.     At all times relevant herein, Defendant, PERFORMANCE FOOD GROUP, INC., does, and/or did, solicit business within the State of New York.

11.     At all times relevant herein, including February 14, 2023, Defendant, PERFORMANCE FOOD GROUP, INC., was the registered owner of a certain motor vehicle bearing Minnesota State license plate registration number PAU0224.

12.     At all times relevant herein, including February 14, 2023, Defendant, PERFORMANCE FOOD GROUP, INC., was the titled owner of a certain motor vehicle bearing Minnesota State license plate registration number PAU0224 for the year 2023.

13.     At all times relevant herein, including February 14, 2023, Defendant, PERFORMANCE FOOD GROUP, INC., maintained the aforesaid motor vehicle bearing Minnesota State license plate registration number PAU0224.

Case 1:24-cv-02723-JLR    Document 1-1    Filed 04/10/24    Page 4 of 8

14.     At all times relevant herein, including February 14, 2023, Defendant, PERFORMANCE FOOD GROUP, INC., managed the aforesaid motor vehicle bearing Minnesota State license plate registration number PAU0224.

15.     At all times relevant herein, including February 14, 2023, Defendant, PERFORMANCE FOOD GROUP, INC., controlled the aforesaid motor vehicle bearing Minnesota State license plate registration number PAU0224.

16.     At all times relevant herein, Defendant, PERFORMANCE FOOD GROUP, INC., its agent, servant, and/or employee was the operator of the aforesaid motor vehicle bearing Minnesota State license plate registration number PAU0224.

17.     At all times relevant herein, including February 14, 2023, Defendant, "JOHN DOE," was engaged as an agent, servant, and/or employee of Defendant, PERFORMANCE FOOD GROUP, INC.

18.     At all times relevant herein, including February 14, 2023, Defendant, "JOHN DOE," operated the aforesaid motor vehicle bearing Minnesota State license plate registration number PAU0224.

19.     At all times relevant herein, including February 14, 2023, Defendant, "JOHN DOE," maintained the aforesaid motor vehicle bearing Minnesota State license plate registration number PAU0224.

20.     At all times relevant herein, including February 14, 2023, Defendant, "JOHN DOE," managed the aforesaid motor vehicle bearing Minnesota State license plate registration number PAU0224.

21.     At all times relevant herein, including February 14, 2023, Defendant, "JOHN DOE," controlled the aforesaid motor vehicle bearing Minnesota State license plate registration number

PAU0224.

22.    At all times hereinafter mentioned, including February 14, 2023, Defendant, "JOHN DOE," operated the aforesaid motor vehicle bearing Minnesota State license plate registration number PAU0224 within the course of his employment with Defendant, PERFORMANCE FOOD GROUP, INC.

23.    At all times relevant herein, including February 14, 2023, Defendant, "JOHN DOE," operated the aforesaid motor vehicle bearing Minnesota State license plate registration number PAU0224 with the knowledge and consent, whether express or implied, of Defendant, PERFORMANCE FOOD GROUP, INC.

24.    At all times relevant herein, including February 14, 2023, Defendants had a duty to own, operate, maintain, manage, and control the aforesaid motor vehicle bearing Minnesota State license plate registration number PAU0224 in a safe, careful, and prudent manner.

25.    At all times hereinafter mentioned, including on or about February 14, 2023, Plaintiff, MADELINE ARIZMENDI, operated a certain motor vehicle bearing New York State license plate registration number JLH8695.

26.    At all times relevant herein, including February 14, 2023, the Bronx River Parkway, in the County of Bronx, City and State of New York, was, and still is, a public thoroughfare.

27.    On February 14, 2023, at or about the aforementioned location, the aforesaid motor vehicle bearing Minnesota State license plate registration number PAU0224 operated by Defendant, JOHN DOE, came into contact with the aforesaid motor vehicle bearing New York State license plate registration number JLH8695 operated by Plaintiff, MADELINE ARIZMENDI.

28.    By reason of said contact, Plaintiff, MADELINE ARIZMENDI, was caused to be seriously injured, and to sustain painful, permanent, and disabling personal injuries requiring

Case 1:24-cv-02723-JLR    Document 1-1    Filed 04/10/24    Page 6 of 8

medical care and treatment.

29.    Said contact and the resulting injuries were caused by reason of the carelessness, recklessness, and negligence of Defendants herein, and without any negligence on the part of Plaintiff contributing thereto.

30.    As a result of the foregoing, Plaintiff, MADELINE ARIZMENDI, sustained a serious injury as defined by Section 5102 of the Insurance Law of the State of New York.

31.    As a result of the foregoing, Plaintiff, MADELINE ARIZMENDI, sustained, and will continue to accrue, a loss greater than basic economic loss as defined in Section 5102 of the Insurance Law of the State of New York.

32.    This action falls within one or more of the exceptions set forth in CPLR 1602, including, but not necessarily limited to, Section 1602 (6). Plaintiff defers all issues of law to the Court for resolution at the time of trial.

33.    By reason thereof, Plaintiff, MADELINE ARIZMENDI, has been damaged in a substantial sum of money for an amount to be determined by the Court and/or a jury, in excess of the jurisdictional limits of all lower courts which might have jurisdiction over the action.

**WHEREFORE**, Plaintiff demands judgment of Defendants, joint and severally, for an amount to be determined by the Court and/or a jury, together with the costs and disbursements of this action.

Dated:  New York, New York
           April 11, 2023

OMRANI & TAUB, P.C.
By: Ronny Solomon, Esq.
Attorneys for Plaintiff
488 Madison Avenue – 20th Floor
New York, New York 10022
(212) 599-5550

STATE OF NEW YORK )
                                              )       ss.:
COUNTY OF NEW YORK  )

    Ronny Solomon, Esq., being duly sworn, affirms and says that:

    I am an attorney duly admitted to practice law in the State of New York and is a member of the law office of OMRANI & TAUB, P.C. in the within action.

    I have read the foregoing **SUMMONS AND COMPLAINT** and know the content thereof, that the same is true to best of my own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters I believe to be true.

    The reason this verification is not made by Plaintiff is that Plaintiff resides and is located outside the county where our office is located.

    The source of deponent's information and the grounds for belief, as to those matters stated upon information and belief, are statements furnished to deponent by Plaintiff, personal investigation of this matter, and from records in deponent's file.

    I affirm the foregoing statements to be true under the penalties of perjury.

Dated:  New York, New York
    April 11, 2023


_____
Ronny Solomon, Esq.

Index No.:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

MADELINE ARIZMENDI,

*Plaintiff,*

-against-

PERFORMANCE FOOD GROUP, INC. and "JOHN DOE," said name being fictitious and unknown and intended to be the individual who was the operator of a certain motor vehicle described herein,

*Defendants.*

## SUMMONS AND VERIFIED COMPLAINT

# OMRANI & TAUB, P.C.

*Attorneys for:* **PLAINTIFF**
488 MADISON AVENUE – 20TH FLOOR
NEW YORK, NEW YORK 10022
TEL: (212) 599-5550

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed documents are not frivolous.*

*Dated: April 11, 2023*          *Signature*  ...........................................
    New York, New York          *Printed Name:* RONNY SOLOMON, ESQ.

PLEASE TAKE NOTICE

☐
NOTICE OF        *that the within is a (certified) true copy of a*
ENTRY            *entered in the office of the clerk of the within named Court on*                    20___

☐
NOTICE OF        *that an Order of which the within is a true copy will be presented for settlement to the*
SETTLEMENT       *Hon.*                    *at*
                 *on*                    *20___       , at*        *M.*

# OMRANI & TAUB, P.C.

*Attorneys for:* **PLAINTIFF**
488 MADISON AVENUE – 20TH FLOOR
NEW YORK, NEW YORK 10022