| | |
|---|---|
| **From:** | Isaac Arasteh |
| **To:** | Peter Bobchin; Ann Fuentes |
| **Cc:** | Jennifer Enberg; James Forde |
| **Subject:** | RE: Arizmendi v. Performance Transportation, LLC, et al. |
| **Date:** | Tuesday, April 9, 2024 11:54:14 AM |
| **Attachments:** | image001.png |

That is correct peter.

Please note that Jim Forde is taking over the handling of this case. please make sure you include him in all future correspondence.

*Isaac A. Arasteh, Esq.*
*Partner*
*Office: (212) LAW-SUIT*
*        (212) 599-5550*
*Fax:   (212) 599-5551*
*Email: iarasteh@212lawsuit.com*



### THE LAW OFFICES OF
# OMRANI & TAUB, P.C.

488 Madison Avenue | 20th Floor | New York, New York 10022

80-01 Broadway, Elmhurst-Queens, New York 11373

75-26 Broadway, Elmhurst-Queens, New York 11373

76 S. Lexington Ave., White Plains, New York 10606

FIGHTING FOR THE RIGHTS OF THE INJURED
www.OMRANIandTAUB.com



*Confidentiality Note: The information contained in this electronic message and any attachment(s) is privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or*

*copying of the contents or likeness of this message, or taking any action in reliance of or based upon the contents of this transmission is strictly prohibited. If you have received this communication in error, please destroy/delete all copies and contact the sender immediately.*

**From:** Peter Bobchin <pcbobchin@jclane.com>
**Sent:** Monday, April 8, 2024 12:21 PM
**To:** Isaac Arasteh <iarasteh@omraniandtaub.com>; Ann Fuentes <annf@omraniandtaub.com>
**Cc:** Jennifer Enberg <jenberg@jclane.com>
**Subject:** Re: Arizmendi v. Performance Transportation, LLC, et al.

Issac,

This will confirm our conversation from Friday April 5, 2024, that the your are making a demand in excess of $75,000 and will be serving a formal response to our Request for Supplemental Demand for Damages Sought.

Very truly yours,

*Peter C. Bobchin*

Peter C. Bobchin

Law Offices John C. Lane

48 Woodport Road, Suite 1

Sparta, New Jersey 07871

Phone: 1-973-512-3244

Cell: 732-266-1482

Email: pcbobchin@jclane.com

ATTORNEY WORK PRODUCT/ATTORNEY CLIENT PRIVILEGE

*************

CONFIDENTIALITY NOTICE: This e-mail and the transmitted documents contain private, privileged and confidential information belonging to the sender. The information therein is