AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| MADELINE ARIZMENDI <br> *Plaintiff* <br> v. <br> PERFORMANCE FOOD GROUP, INC. et al <br> *Defendant* | ) <br> ) <br> ) Case No.  1:24-cv-02723 (JLR) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MADELINE ARIZMENDI

Date: 04/26/2024

*Attorney's signature*

JAMES L. FORDE        JLF9684
*Printed name and bar number*

Omrani and Taub, PC
488 Madison Ave, 20th Floor
New York, NY 10022
*Address*

jforde@omraniandtaub.com
*E-mail address*

(212) 599-5550
*Telephone number*

(212) 599-5551
*FAX number*