UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MADELINE ARIZMENDI,<br><br>       Plaintiff,<br><br>-against-<br><br>PERFORMANCE FOOD GROUP, INC. and JOHN DOE,<br><br>       Defendants. | Case No. 1:24-cv-02723 (JLR)<br><br>**SCHEDULING ORDER** |

JENNIFER L. ROCHON, United States District Judge:

As set forth at the post-discovery conference, the parties may move for summary judgment and to exclude expert testimony pursuant to the following briefing schedule:

- Plaintiff's motion for summary judgment and Defendant's *Daubert* motion are due **September 16, 2025**;
- Oppositions are due **September 30, 2025**; and
- Replies, if any, are due **October 7, 2025**.

The Clerk of Court is respectfully directed to close the motion at Dkt. 25.

Dated: August 19, 2025
   New York, New York

                 SO ORDERED.

                 *Jennifer Rochon*
                 JENNIFER L. ROCHON
                 United States District Judge