UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MADELINE ARIZMENDI,

                 Plaintiff,

      -against-

PERFORMANCE FOOD GROUP, INC., and
"JOHN DOE," said name being fictitious and
unknown and intended to be the individual
who  was the operator of a certain motor
vehicle  described herein,

                 Defendant.

Case No. 1:24-cv-02723 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      The parties shall appear before this Court, at Courtroom 20B, United States Courthouse, 500 Pearl Street, New York, New York, on **July 8, 2026**, at **12:00 p.m.** to address the pending motion for summary judgment and the motion to preclude expert testimony.

Dated:  June 30, 2026
       New York, New York

                         SO ORDERED.

                         JENNIFER L. ROCHON
                         United States District Judge