UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MADELINE ARIZMENDI,<br>Plaintiff,<br>-against-<br>PERFORMANCE FOOD GROUP, INC.,<br>Defendant. | Case No. 1: 24-cv-02723 (JLR)<br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

As discussed on the record at today's *Daubert* hearing, Defendant's motion to preclude the testimony of Dr. Yoo and Dr. De Moura is DENIED, except insofar as they cannot testify as to the cost of future surgeries. Given Plaintiff's confirmation that Dr. Macagno will not be called to testify at trial, Defendant's motion to preclude the testimony of Dr. Macagno is DENIED as moot.

As further discussed, at the request of the parties, the trial on damages scheduled for August 17, 2026, at 9:00 a.m. is ADJOURNED to **December 7, 2026**, at **9:00 a.m**. The parties shall submit the joint pretrial order and all pretrial materials pursuant to the Court's Individual Rules by **October 13, 2026**, with responses to any motions in limine due by **October 20, 2026**. A final pretrial conference will be held on **December 1, 2026**, at **10:00 a.m.**

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 33 and 45.

Dated: July 8, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge